No. 57, October Term, 1944. ASSOCIATED PRESS ET AL. *v.* UNITED STATES; and

No. 58, October Term, 1944. TRIBUNE COMPANY ET AL. *v.* UNITED STATES. October 8, 1945. 326 U. S. 1.